1  Peter W. Craigie, State Bar No. 99509
2  CRAIGIE, McCARTHY & CLOW
   540 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: 415-732-7788
4  Facsimile: 415-732-7783
   E-mail: craigielaw@aol.com

5  Attorneys for Defendants and Counterclaimants
6  ANYTHONY BAKER, FORE A PARTNERS, INC.,
   MICHAEL MCKEE, KEN HAYES and MICHAEL
7  LEITNER-YOUNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| INFINITE SOFTWARE CORPORATION and ALTOS TECHNOLOGY GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY BAKER, FORE A PARTNERS, INC., MICHAEL MCKEE, KEN HAYES and MICHEAL LEITNER-YOUNG, <br><br> Defendants. <br><br> AND RELATED CONTERCLAIMS. | Case No.: 2:09-MC-00115-GEB-GGH <br><br> **DEFENDANTS' AND COUNTERCLAIMANTS' EX PARTE APPLICATION FOR ORDER AND ORDER TO PERMIT SERVICE OF PROCESS BY PRIVATE REGISTERED PROCESS SERVER** |
|---|---|

   Defendants and counterclaimants, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and the Local Rules of Practice of United States District Court for the Eastern District of California, hereby request that a private, registered process server who is at least 18 years of age, of suitable discretion and not a party to the within action, be permitted to serve the writs in the above case.  The United States Marshall's Office will remain

///

///

///

///

the Levying Officer.

Date: December 8, 2009             /s/ Peter W. Craigie
                                   Attorneys for Defendants and Counterclaimants
                                   ANYTHONY BAKER, FORE A PARTNERS,
                                   INC., MICHAEL MCKEE, KEN HAYES and
                                   MICHAEL LEITNER-YOUNG

SO ORDERED.

12/15/09

GARLAND E. BURRELL, JR.
United States District Judge

CRAIGIE, McCARTHY & CLOW
Telephone: 415/732-7788 · Facsimile: 415/732-7783

2

Defendants' and Counterclaimants' Application
for Order and Order for Service of Process